**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 288 EAL 2021

Respondent     :

    :    Petition for Allowance of Appeal
    :    from the Order of the Superior Court

v.     :

TERRANCE JONES,     :

Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.